COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-259-CV

CANDLEWICK HOMES, INC. AND LEO WENTZ APPELLANTS

V.

EDWARDO TRUJILLO AND PATRICIA TRUJILLO APPELLEES

----------

FROM COUNTY 
COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Unopposed Motion To Dismiss The Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: August 18, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.